AIMEE H. WAGSTAFF (SBN 278480)
aimee.wagstaff@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 West Alaska Drive
Lakewood, Colorado 80226
Telephone:  (720) 255-7623
Fascimile:   (303) 376-6361

KATHRYN M. FORGIE (SBN 110404)
kathryn.forgie@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
6315 Ascot Drive
Oakland, California 94611
Telephone:  (310) 339-8214
Fascimile:   (303) 376-6361

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDIE CHRISTINA PERKINS,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MONSANTO COMPANY<br><br>                    Defendant. | C.V. NO.: 8:16-cv-01410-DOC-JCG<br><br>**NOTICE OF RELATED CASE** |

## NOTICE OF RELATED CASE

Plaintiff Goldie Christina Perkins ("Plaintiff") gives notice pursuant to Local Rule 83-1.3 and General Order 14-03 § II.I.1.b that this case relates to the following matters pending in the United States District Court for the Central District of California:

- *McCall v. Monsanto Company*, 2:16-cv-1609, filed March 9, 2016, currently before the Honorable District Judge Dolly M. Gee;

- *Hernandez v. Monsanto Company*, 2:16-cv-1988, filed March 23, 2016, currently before the Honorable District Judge Dolly M. Gee; and

- *Sanders v. Monsanto Company*, 5:16-cv-726, filed April 19, 2016, currently before the Honorable District Judge Dolly M. Gee;

- *Johansing v. Monsanto Company*, 2:16-cv-5035, filed July 18, 2016, currently before the Honorable District Judge Dolly M. Gee.

Pursuant to Local Rule 83-1.3.1, two or more cases are considered related when the cases "call for determination of the same or substantially related or similar questions of law and fact" or for other reasons that "would entail substantial duplication of labor if heard by different judges."

This matter, like the cases listed above, seeks to recover damages under California law caused by Defendant Monsanto Company's herbicide Roundup. Specifically, Plaintiffs in the above listed cases, as the Plaintiff alleges here, that the injured parties developed cancer, i.e., non-Hodgkin lymphoma, after being exposed to the active chemical ingredient within Roundup, glyphosate. This case, like the cases listed above, claims that Monsanto knew that glyphosate could cause cancer in people exposed to the herbicide and took no action to properly warn or disclose those risks.

Accordingly, this case involves the "same or substantially related or similar questions of law and fact" as the cases listed above. Those same, substantially related or similar questions of law and fact include, *inter alia*:

- Whether Monsanto is liable under California strict products liability law for failing to design a safe product;

- Whether Monsanto is liable under California strict product liability law for failing to warn about the known risks associated with use of Roundup;

- Whether Monsanto is liable under California negligence law for, among other things, failing to: adequately test, design, warn and take reasonable care in the development, selling, marketing and promotion of Roundup to consumers and/or agricultural workers within California;

- Whether Monsanto acted with the requisite fraudulent intent, malice, or reckless disregard for consumer safety to warrant, under California law, punitive damages;

- Whether glyphosate causes cancer, specifically non-Hodgkin lymphoma; and,

- Whether Monsanto can meet the "demanding" affirmative defense of federal preemption in avoiding liability for failure-to-warn.

These cases are just a selection of those legal and factual issues that are common to this case and the cases listed above, making them related under Local Rule 83-1.3.1.

Additionally, there would likely be duplication of labor if this matter were assigned to different judges. Specifically, much of the anticipated discovery will overlap between these actions and issues related to case management will likely be the same. Having different judges adjudicating the same issues will result in needless duplication of effort and time by the Court, and could even result in conflicting rulings.

Thus, Plaintiff asks that the Court take notice of these related actions and respectfully requests that this matter be assigned to Honorable Dolly M. Gee, who is presiding over the above listed cases all involving Monsanto's Roundup.

Dated: August 2, 2016                     /s/ Aimee H. Wagstaff
                                          AIMEE H. WAGSTAFF (SBN 278480)
                                          aimee.wagstaff@andruswagstaff.com
                                          **ANDRUS WAGSTAFF, PC**
                                          7171 West Alaska Drive
                                          Lakewood, Colorado 80226
                                          Telephone: (720) 255-7623
                                          Facsimile: (303) 376-6361

                                          KATHRYN M. FORGIE (SBN 110404)
                                          kathryn.forgie@andruswagstaff.com
                                          **ANDRUS WAGSTAFF, PC**
                                          6315 Ascot Drive
                                          Oakland, California 94611
                                          Telephone: (310) 339-8214
                                          Facsimile: (303) 376-6361

**CERTIFICATE OF SERVICE**

  I, Aimee H. Wagstaff, hereby certify that on August 2, 2016, I electronically filed NOTICE OF RELATED CASE with the United States District Court for the Central District of California using the CM/ECF system which will send a notification of such filing to counsel of record.

           /s/ Aimee H. Wagstaff
           AIMEE H. WAGSTAFF (SBN 278480)

NOTICE OF RELATED CASE